IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00332-PAB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. HUGO SALAZAR-OROZCO,

     Defendant.

_____

**MINUTE ORDER SETTING CHANGE OF PLEA HEARING**
_____

**Entered by Judge Philip A. Brimmer**

     A Notice of Disposition was filed on August 3, 2010 [Docket No. 12].  A Change of Plea hearing is set for **August 25, 2010 at 8:30 a.m.**  Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers and to the Probation Department not later than 48 hours before the change of plea hearing.  *See* D.C.COLO.LCrR 11.1C.  On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance.  *See* D.C.COLO.LCrR 11.1F.

     The Plea Agreement and Statement Relevant to Sentencing required by D.C.COLO.LCrR 11.1C (in the form prescribed by Appendix J) shall include also a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty.  It is further

     ORDERED that the Trial Preparation Conference previously scheduled for **August 17, 2010 at 1:00 p.m.**  is VACATED.

     DATED August 5, 2010.